### BARNES *v.* THE STATE.

SIMMONS, C. J.   The jury believed the evidence introduced by the State
and disbelieved the statement of the accused.   The accused intro-
duced no evidence, and that introduced by the State was sufficient
to authorize a verdict of guilty.
*Judgment affirmed.   All the Justices concurring.*

Submitted February 19, — Decided February 26, 1900.

Accusation of misdemeanor.   Before Judge Calhoun.   Crim-
inal court of Atlanta.   November 25, 1899.
*George P. Roberts,* for plaintiff in error.
*James F. O'Neill, solicitor,* contra.

---

### CRAWFORD *v.* MAYOR AND COUNCIL OF HAWKINSVILLE.

LEWIS, J.   Under the facts as disclosed by the record, it appears that
the plaintiff in error was a "traveling salesman" within the meaning
of the act approved December 14, 1896 (Acts 1896, p. 36); and this
case, therefore, falls within the principle ruled by this court in *Kim-
mel* v. *Americus,* 105 *Ga.* 694.   It follows that the conviction was con-
trary to law, and that the court erred in not sustaining the certiorari.
*Judgment reversed.   All the Justices concurring.*

Argued February 5, — Decided February 27, 1900.

Certiorari.   Before Judge Smith.   Pulaski superior court.
December 22, 1899.

*W. L. Grice & Sons,* for plaintiff in error.
*J. H. Martin,* contra.